Erie Arbeiter Gesang Verein Liquor License
Case.

Ar-
gued April 14, 1969. *John W. Beatty,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Roger M. Fischer,* with him *Richard D. Agresti* and *Vedder J. White,* for appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded to the court below for specific findings of fact. See, *East End Ex-Service Men's Association Liquor License Case,* 162 Pa. Superior Ct. 512 (1948).